**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-60334

LUIS ENRIQUE LOO KUNG-LAY,

Petitioner,

VERSUS

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

Petition for Review of an Order of the
Immigration and Naturalization Service
(A72-807-758)

February 8, 1999

Before JOLLY, DAVIS and WIENER, Circuit Judges.

PER CURIAM:[*]

After careful review of the record and consideration of the briefs and argument of counsel, we are persuaded that the decision of the BIA is supported by substantial evidence and that the BIA committed no reversible error. Accordingly, its order of May 5, 1997 is

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.